## DISTRICT COURT OF THE DISTRICT OF COLUMBIA

HESHAM DEAN,                )
                            )
    Petitioner,             )
                            )
v.                          )   Case: 1:23-cv-02518
                            )   Assigned To : McFadden, Trevor N.
                            )   Assign. Date : 8/29/2023
UNITED STATES SECRET SERVICE)   Description: Pro Se Gen. Civ. (F-DECK)
JOHN DOE                    )
                            )
                            )
    Respondents,            )
                            )

### PETITION FOR EMERGENCY WRIT OF MANDAMUS

HESHAM DEAN
1800 N. Lynn St.
Unit 1416
Arlington, VA 22209
240-960-6929

Pro Se Petitioner

### Introduction and Jurisdictional Statement

1.  This proceeding presents urgent questions regarding the execution of provisions associated with and inherent to the manner in which the U.S. Secret Service has been operating regarding myself, Hesham Dean. Operations that are currently negatively affecting my life in every way. At issue are the actions of a John Doe employee in the U.S. Secret Service. His actions have greatly harmed me and maliciously interfered with my personal relationship with Rizwana Noor. While operating in his official capacity, John Doe used his position within the U.S. Secret Service to conspire and plan to separate Rizwana Noor and I while we were

actively dating and planning to marry, and then dating her himself in my place! That is illegal and is corruption and abuse of power. At the beginning of August 2020, John Doe after he coerced and manipulated Rizwana's mom, Ms. Pushtoon Noor, into separating us, John Doe censored my cellular phone and internet access to block my ability to communicate with the Rizwana and vice versa. John Doe then manipulated Rizwana into falsely believing that I didn't love her and had abandoned her; this was false. I love her with all my heart, and I would never abandon her. Given his actions, it seems that he is still actively seeing her in some capacity, which would be a violation of the law, given what he has done. John Doe's acts are those of a sexual predator.

2. John Doe had illegally used his position within the U.S. government to effectuate our Rizwana and I's separation for his own benefit! His goal was to separate us, isolate her, and take advantage of her by manipulating, coercing, and intimidating both her and her family, all while defaming me to them. Now, in 2023, he has continued the censorship of all of my devices and seems to be attempting to defame me in the same way and attempting to lower me in Rizwana's estimation.

3. John Doe has dedicated a lot of time and effort to invading my privacy, and doxing me, all while censoring all of my access to the internet and my cellular phones; just so that he can blind me to his inhumane abuse, harassment and acts of terror.

4. As such, John Doe's actions have also grossly and severely violated my privacy, constitutional rights, and severely curtailed my freedom and liberty. The following are details that expound on his malicious actions and underscores the importance of my petition's request for relief.

5. John Doe's effectuated the censorship of all of my access to the internet, and all

of my communications devices, my cellular phones, to prevent me from contacting Rizwana Noor, the listed defendant in my District Court for the District of Columbia civil complaint (Civil Case #: 1:23-cv-02331-TNM) to hide the truth from her; that he altered my federal complaint to attack both her and I and to manipulate us into attacking each other! All while using his position as a U.S. Secret Service employee to censor all my access to the internet and my cellular phones. It seems that he is attempting to manipulate her into falsely believing that I had attacked her so that she would in turn attack me.

6. John Doe's planed and malicious interference in my life as it relates to my relationship with Rizwana Noor and my Doctoral Education: I matriculated into the Howard University College of Dentistry in August 2019. While at Howard, Rizwana Noor and I met and began a romantic courtship. The relationship quickly developed to the point where, in early September 2019, when we decided that we wanted to get engaged and married.

7. On September 12, 2019, Rizwana suggested that I bring my mom and uncle (in place of my father) to meet with Rizwana's mom, as well as Rizwana and her siblings. They were amazing, beautiful and gracious hosts as always.

8. Weeks later, her mom traveled to Richmond Virginia where she was given a defamatory document regarding me. Its purpose was to manipulate Rizwana's mom, Ms. Pushtoon Noor into pressuring Rizwana into giving up on our plans to get married and to give up on our relationship. However, it did not work.

9. The fallout of that defamatory document was that Rizwana secured her own apartment in Silver Springs Maryland.

10. Between 2019 and July 2020, I was invited to and attended many family events (including but not limited to family cookouts, graduation celebrations, trips to parks, shopping,

dining out, neighborhood walks, movie nights, dinner invitations, and many more) with Rizwana, and there were many discussions regarding our engagement and our respective family's availability and work schedules. We collectively agreed that a formal engagement party would take place on either July 11, 2020, or August 1, 2020.

11. On July 3, 2020, Rizwana, provided me with a notarized statement stating that at all times I had been kind and respectful to both her and her family.

12. On July 19, 2020, Ms. Pushtoon Noor texted me and said that she saw me as a son, and that she loves me. Ms. Pushtoon Noor, as always, was an amazing person to spend time with. I felt blessed that the mom of the girl that I loved was as amazing as she was.

13. Unbeknownst to me, John Doe had been stalking me, and when I traveled from Maryland to Lynchburg to spend time with my mom, John Doe manipulated Ms. Pushtoon Noor into pressuring her daughter into quickly moving out of her Silver Springs Maryland Apartment and back into her mom's apartment in Alexandria Virginia.

14. For many months, John Doe acted in his official capacity and using his position within the U.S. Secret Service to effectuate Rizwana and I's separation so that he could date her in my place. Simultaneously, John Doe also manipulated and scared Rizwana's family, by defaming me, with the goal of trying to cause them to pressure Rizwana into giving up on her desire to marry me and end her relationship with me. While John Doe failed many times, he eventually, during the latter part of July 2020, succeeded in separating us. The very next month in August 2020, John Doe manipulated Rizwana into not only dating him instead of me, but he also manipulated her into falsely believing that I did not love her and that I had abandoned her, which could not be further from the truth. I love her and I would never abandon her!

15. In August 2020 John Doe had effectuated the censorship of my cellular phones

and access to the internet so that I cannot contact her, so that he could then tell her that I didn't love her and abandoned her. This behavior by a U.S. government officer are illegal and are examples of corruption and abuse of power.

16. Censoring all of my access to the internet and my cellular phones was not enough, he then effectuated my dismissal from the Howard University College of Dentistry so as to further separate Rizwana and I.

17. In January 2020, I was indirectly made aware, by a fellow dental student during a virtual distance learning lecture, that the defamatory information contained in the defamatory documents that were provided to Ms. Pushtoon Noor in 2019, had in some way been disseminated to members of the Howard University College of Dentistry Class of 2023.

18. On about March 2021 John Doe effectuated the theft of the Petitioner's identity and then began illegally online streaming the Plaintiff himself, the contents of the Petitioner's electronic devices including his federally protected desktop, laptop, and iPhone in what is known as "doxing." Afterwards, John Doe would go onto social media and terrorize me with my own proprietary information in an attempt to terrorize me. He also attempted to manipulate U.S. Citizens into believing that all the acts of harassment, abuse and defamation was me doing it to myself. When that didn't work, John Doe manipulated people online into falsely believing that my devices had been hacked.

19. When it seemed that people online did not believe that I was doxing myself, John Doe then pretended to be a "hacker" that claimed to have compromised all of my devices. Realizing the futility of even that claim, John Doe has since made many attempts to cover up his crimes. Including the manipulation of my devices and then advertising to the general public online that the reason that I am being terrorized online is because I had been using public

WiFi; which is a lie. I have always had my own internet service provider, and have always had access to the services of a Virtual Private Network Provider to encrypt my online traffic in the event that I ever had to use a friend's internet connection. In other attempts to cover up his crimes, John Doe has further defamed me and manipulated the general public into believing other false and misleading information about me. Information that I cannot see directly since he is effectuating the censoring all of my access to the internet and my cellular phones. However, friends and acquaintances have informed me.

20. During that same year, John Doe further effectuated the theft of my identity and posted defamatory information onto social media including a false admission that I had intentionally made an error on my dental school application that I submitted to the Howard University College of Dentistry in December 2018. These actions directly led to my suspension from the Howard University College of Dentistry on April 6, 2021. On that day, I was suffering for an anxiety attack prior to start of my dental school's Endodontics class. I immediately emailed the dean, the office of academic affairs and the course professors to inform them that I would be late. I walked into class late, and politely requested to take my exam. However, my request was denied. Instead of being allowed to take my exam, a Howard University Security Officer and a Howard University Police Officer were called on me. I was at all times, professional and kind, but due to John Doe's online defamation, some of Howard University faculty had gotten a very wrong impression of me. Just as John Doe had done in the past, it seemed that he had terrified many at Howard University; prompting them to have an irrational fear of me. As a result, a student conduct violation was brought against me for unprofessional behavior, and I was suspended later that same afternoon. That alleged behavior was officially defined as "minor and or unintended" by Howard University. The next day on

April 7, 2023, I quickly emailed the President of Howard University and many others stating that my student rights, as outlined in the Howard University Student Handbook, were violated. On April 8, 2021, my suspension had been lifted and I resumed my doctoral classes the next day on April 9, 2021. However, on the afternoon of April 9, 2021, the University sent me an another email notice stating that I was suspended again for that same alleged unprofessional behavior on April 6, 2021. That email notified me that I was immediately subject to an Emergency Action Suspension. On April 12, 2021, I was then notified by the Howard University Police Department, that I was immediately subject to a barring order forbidding me from coming onto campus for any reason for a duration of 2 years! This was the work of John Doe, and an attempt to ensure that both Rizwana and I were even more separated.

21. 7 days later, on April 19, 2021, Howard University notified me, via email, that they had brought another student conduct violation against me for allegedly trying to hide my prior medical school matriculation; and that I was to attend a mandatory intake interview regarding this second student conduct violation. This time I knew something was odd, and I immediately replied to the email and politely asked for the details associated with this new violation. I was informed that it was regarding my dental school application that I submitted to the Howard University College of Dentistry, about two and a half years earlier in December 2018. I again politely asked for more details, but my requests were denied. Prior to attending this intake interview, I retained the legal services of Mr. Cohen, a lawyer specializing in education. Mr. Cohen advised me that since I knew nothing about the details of that student conduct violation, that the best course of action was to stay quiet. During the virtual intake interview, I was shown what was alleged to be my dental school application from 2018. A question from my 2018 application was shared to my screen. The question asked if I had

previously attended a health professions school. The answer to that question, was also shared on screen and read "No." However, that "No" did not line up with any other answer on that page. It looked like someone had erased my original "Yes" and replaced it with a "No" one inch to the left. Below the "No," to that question there were several follow-up questions that had no answers. None. According to the National organization that administers that application, it is not possible to submit an online application with blank follow-up questions. Furthermore, they also stated that only an answer of "Yes" to that question would trigger those follow-up questions to populate. I knew that I had answered "Yes," and that I did not make an error on my application. I was not guilty of hiding my previous medical school attendance. The biggest proof was located in that same application, in the form of three letters of recommendation. Two were from my medical school and the third was from another medical school. The letters from my medical school were printed on letters that had a huge letter header that indicated that they came from my medical school. During the intake interview, I was asked why I "had waited so long," in regards to the error on my dental school application. At the time, I didn't understand what that meant, but now I do.

22.     It is now apparent that John Doe "hacked" my dental school application and then used social media to make false posts in my name stating that I had made the mistake on my dental school application intentionally; That was false, as is quite apparent from my letters of recommendation. I never tried to hide my prior medical school attendance.

23.     On July 25, 2023, John Doe effectuated the "hacking" into my newly built desktop computer and effectuated the deletion of my legal documents and evidence that I was using to file and support my civil complaint at District Court for the District of Columbia.

24.     In August 2023, John Doe effectuated the "hacking" into my newly built

desktop computer and illegally altered my civil complaint that I filed at the District Court for the District of Columbia (Civil Case#: 1:23-cv-02331-TNM) that I filed on August 7, 2023. He altered my complaint to attack Rizwana Noor, so that he could manipulate her into attacking me in return. John Doe wanted us to attack one another.

25. In addition, John Doe has been censoring all of my phone calls, text messages, and cellular data; thus, severely limiting my ability to interact with Rizwana Noor, the listed defendant, on my federal lawsuit. A lawsuit that John Doe altered to intentionally attack Rizwana Noor and defame me in a manner similar to the defamatory document that was given to Ms. Pushtoon Noor in 2019.

26. When I discovered the error in my federal lawsuit, I attempted to contact Rizwana Noor, the listed defendant, to inform her of John Doe's malicious fraud and his attack on her. I texted her and called her at 281-380-7395. I provided her with my contact information including my cell phone, my email and my address. However, like the vast majority of people, it seems that her attempts to contact me are being blocked; which is a result of John Doe's effectuated internet and cellular phone censorship. Malicious actions that have benefited him by preventing any communication between Rizwana and me since since August 2020 when he first separated us.

27. On August 12, 2023, at about 6:37 am EST, I dialed *#21# on his Apple iPhone 13 Pro Max. This diagnostic method displayed an error that read "Error Performing Request - Unknown Error." It further stated that my Voice Calls, Data, Fax, SMS, Sync Data, Async Data, Packet Access, and Pad Access were "Forwarding On All Calls." John Doe has been and is currently effectuating the censorship of my communications devices, my cellular phones, and violating my privacy and severely limiting my ability to communicate with mostly

everyone.

28. On August 22, 2023, I mailed Rizwana Noor a letter via overnight UPS informing her of John Doe's fraud in his alteration of my federal lawsuit and informing her that John Doe was attacking both her and I through my complaint. That same day, I went to the federal courthouse and filed an amended complaint as an attachment to my motion requesting that the court graciously allow me a leave to amend my complaint Civil Case#: 1:23-cv-02331-TNM.

29. On August 23, 2023, I mailed Rizwana Noor a second letter via overnight USPS to inform her of my motion and my amended complaint.

30. Realizing that my phone as well as my access to the internet is being censored, I attempted to contact Rizwana Noor through her Instagram account. I made a new Instagram account in my name to contact her, but my account was immediately banned after I sent her one message. I then made a second new Instagram account and attempted to contact her again. However, while signed into that second account, I was unable to send her a message due to persistent error that displayed on my screen. Her Instagram page is located at: https://www.instagram.com/noor_dds_/

31. John Doe has effectuated the censorship of my communications devices (cellular phones), and all my access to the internet to intentionally prevent me from contacting Rizwana Noor to inform her of John Doe's malicious attacks on her. It seems that John Doe wants to continue separating Rizwana and I. It seems as if he wants to continue seeing Rizwana Noor so that he can continue to manipulate, coerce, and intimidate her, the defendant in my federal lawsuit. John Doe does not want Rizwana to contact me at all, fearing that I will inform her of the truth; that John Doe altered my federal complaint so that he could attack

Rizwana and make it seem as if I was attacking her.

32. John Doe has been causing the theft of my intellectual property since at least 2021 and is still doing so as of the time of the drafting of this Emergency Writ of Mandamus and my civil complaint filed in the District Court for the District of Columbia. He has been actively manipulating and altering both of these documents, making it extremely difficult to amend my civil complaint and complete this Emergency Writ of Mandamus. My intellectual property that he has been stealing includes my image, voice, likeness, self-authored documents, notes, and other digital content.

33. Since 2021 I have spent over 100,000 dollars attempting to evade John Doe's malicious actions. However, due to John Doe's illegal use of U.S. government resources and equipment, my efforts to evade him and be secure in his person, property, and liberty have been futile. I seek no monetary compensation from the U.S. government employer who has unknowingly served as his employer. I respectfully seek a judicial order commanding the cessation of all acts of abuse, harassment, and terrorism and a stay-away order ordering John Doe and his associates in the Secret Service to cease all contact with me, my family, my property, my home, and anyone associated with me. I also respectfully request the Honorable Court to issue an order commanding John Doe to stay away from Rizwana Noor and her family to halt the manipulation, coercion, and intimidation to which he has been subjecting them since 2019 and to facilitate the pursuit of justice.

34. In 2023, he altered my D.C. District Court civil complaint to attack Rizwana! It seems as if he is trying to manipulate both of us into attacking one another.

35. I respectfully seek the assistance of this Honorable Court to help make me secure in my person, property and liberty, to stop the harm currently being inflicted on me and

Rizwana Noor by ordering John Doe and his associates in the United States Secret Service to immediately stop their inhumane campaign of terror that is currently underway, and which began in 2019 when Ms. Pushtoon Noor was provided with a defamatory document meant to separate Rizwana and I and allow John Doe to date her in my place; despite the fact that Rizwana and I were actively dating and were planning to marry.

36. I respectfully seek the assistance of this court to provide immediate monetary relief to counteract the severe financial losses and property damage inflicted on me by John Doe and or his associates in the U.S. Secret Service to facilitate my attempts to seek justice.

37. Since 2021 John Doe has been committing countless acts of terrorism directed at the Plaintiff. John Doe's acts of terror were committed in full view of the public at large. These public acts of terrorism include identity theft, computer fraud, defamation, and threats and acts of violence and assault directed at the Plaintiff. The Plaintiff was subjected to their acts of terror publicly, online and in person. The public at large included Howard University students, faculty, and any U.S. citizen that saw their countless acts of violent terrorism to which they were subjecting the Plaintiff.

38. John Doe has approached many of the Plaintiff's retained lawyers causing them to flee their responsibilities to him from 2021 to July 2023 to cause the delay of the Plaintiff's civil suit.

39. While drafting this federal lawsuit against John Doe, he is still actively terrorizing the Plaintiff. Since 2021, he has been compromising the Plaintiff's devices illegally using U.S. government resources. He has stolen the Plaintiff's intellectual property and used it to terrorize and hurt the Plaintiff all while falsely portraying himself as a "hacker" online. John Doe's terrorist acts, has hindered the Plaintiff's many attempts to seek justice and relief.

Respectfully submitted,

HESHAM DEAN
Self

*/s/ Hesham Dean*