UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HESHAM DEAN**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES SECRET SERVICE,** *et al.*, <br><br> Defendants. | Civil Action No. 1:23-cv-2518 (TNM) |

## ORDER

Two months ago, Hesham Dean claimed he served the United States Secret Service. *See* Aff. of Mailing, ECF No. 5. But the affidavit showed that Dean *himself* tried to serve the Summons and Petition on the Secret Service, the U.S. Attorney, and the Attorney General. *See id.* So the Court told Dean that his Affidavit did not constitute "'proof of service' under the Federal Rules because service must be effectuated by a *nonparty*." Minute Order (Oct. 18, 2023) (citing Fed. R. Civ. P. 4(c)(2)). It then ordered Dean to "file legally sufficient proof of service on each Defendant by November 27, 2023." *Id.* And it warned him that "the Court [would] dismiss this case" if he failed to do so by then. *Id.*

November 27 marked 90 days since Dean filed his Petition. *See* Petition for Writ of Mandamus, ECF No. 1 (filed on Aug. 29, 2023). That date has come and gone without any proof of corrected service, and without any showing of good cause for the delay. So Dean must face the consequences spelled out in the Federal Rules: "[T]he court—on motion or on its own after notice to the plaintiff—*must dismiss* the action without prejudice." Fed. R. Civ. P. 4(m); *cf. Morrissey v. Mayorkas*, 17 F.4th 1150, 1158–59 (D.C. Cir. 2021) (affirming dismissal for failure to effect proper service under Rule 4).

Because Dean failed to heed the Court's warning about timely effecting proper service, it is hereby

**ORDERED** that this case is DISMISSED WITHOUT PREJUDICE; and it is further

**ORDERED** that Defendant's [13] Motion to Dismiss is DENIED AS MOOT.

The Clerk of Court is requested to close this case. This is a final, appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

Date: December 7, 2023                                      _____
                                                            TREVOR N. McFADDEN, U.S.D.J.